IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL MCCOY,

    Plaintiff,

v.                                     CASE NO. 5:17-cv-303-MCR-GRJ

JEROME NEWTON, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to either pay the $400.00 filing fee or file a motion for leave to proceed as a pauper, together with a certified copy of his six-month account statement showing all transactions in his inmate account for the six-month period preceding the filing of the Complaint. ECF No. 3. The Court granted Plaintiff an extension of time to comply, and served prison officials with a copy of the order directing them to provide Plaintiff with his six-month account statement. ECF Nos. 5, 9. When Plaintiff failed to comply, the Court ordered him to show cause on or before April 19, 2018, as to why this case should not be dismissed. As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to comply with an order of the

Court and failure to prosecute.

      **IN CHAMBERS** this 27th day of April 2018.

                *s/ Gary R. Jones*
                GARY R. JONES
                United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**